# UNITED STATES DISTRICT COURT

BOSTON  District of  MASSACHUSETTS

IN CLERKS OFFICE

ABRAHAM PHILIP, MD

V.

JOHN CRONIN

2004 JUN 17 P 12:58

U.S. DISTRICT COURT
DISTRICT OF MASS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-CV-11069-JLT

## 04cv11069 JLT

TO: (Name and address of Defendant)

John Cronin
Office of the State Medical Examiner
720 Albany Street
Boston, MA 02118

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel S. Sharp
196 Atlantic Avenue
Marblehead, MA 01945

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

5-24-04

DATE

(By) DEPUTY CLERK

JUNE 14, 2004

# *QUICKSERV*
ALLSTATE PROCESS SERVERS

FILED
CLERKS OFFICE

2004 JUN 17 P 12: 48

U.S. DISTRICT COURT
DISTRICT OF MASS

## RETURN OF SERVICE

*I this day summoned the within named* JOHN CRONIN
                                      OFFICE OF STATE MEDICAL EXAMINER

*to appear as within directed by delivering to*   JANICE GRANTNER, SECRETARY,
                                                  11:30 AM

  X   *in hand*

*No.*    720 ALBANY ST.
*in the*  BOSTON            *District of said*  SUFFOLK           *County an attested*
*copy of the* SUMMONS AND COMPLAINT AND 4C MOTION

*Service and travel*        28                    *it being necessary I actually used a*
                                                  *motor vehicle in the distance of*
                                                  10     *miles in the service of*
*Paid Witness*                                    *this process*

                                                  William B. Murphy
                                                  ─────────────────────
                                                  Process Server