UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                    )
ABRAHAM PHILIP, M.D.                )
         Plaintiff,                 )
                                    )
                                    )
v.                                  )
                                    )
                                    )
JOHN CRONIN,                        )
         Defendant.                 )
                                    )
```

## NOTICE OF APPEARANCE

To The Clerk Of The Above-Named Court:

Please notice my appearance as counsel for the defendant, John Cronin in the above-entitled action.

                                        Respectfully Submitted,
                                        COMMONWEALTH OF MASSACHUSETTS

                                        By its Attorneys,

                                        THOMAS F. REILLY
                                        ATTORNEY GENERAL

                                        Mary O'Neil, BBO #379430
                                        Assistant Attorney General
                                        Government Bureau/Trial Division
                                        One Ashburton Place, Room 1813
                                        Boston, MA 02108-1598
                                        (617) 727-2200

June 29, 2004

## CERTIFICATE OF SERVICE

I, Mary O'Neil, hereby certify that I have this date, June 2⁄, 2004, served the foregoing **Notice Of Appearance** and **Certificate Of Service** upon the attorney, Elaine Whitfield Sharp and Daniel S. Sharp, by mailing a copy first class, postage prepaid mail to:

Elaine Whitfield Sharp, Esquire
Daniel S. Sharp, Esquire
WHITFIELD, SHARP & SHARP
196 Atlantic Avenue
Marblehead, MA 01945

_____
Mary O'Neil, Assistant Attorney General
Government Bureau/Trial Division