UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-CV-11069-JLT

ABRAHAM PHILIP, MD           )
                             )
            Plaintiff,       )
                             )
vs.                          )
                             )
JOHN CRONIN, in his personal )
capacity.                    )
                             )
            Defendant.       )
                             )

**APPLICATION AND AFFIDAVIT FOR DEFAULT
AGAINST DEFENDANT-JOHN CRONIN**

**APPLICATION**

Pursuant to F.R.Civ.P. 55(a), the plaintiff requests the clerk to enter the default of Defendant-John Cronin as to all claims and counts in the Complaint against Defendant-Cronin for

1

failure to plead or otherwise defend against the Complaint filed in this action.

July 13, 2004

Respectfully Submitted,

_____
WHITFIELD SHARP & SHARP
Daniel S. Sharp
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Daniel S. Sharp certifies that a true copy of the document above was served upon the attorney of record for each other party by first-class, U.S. Mail, plainly addressed and pre-paid on July 13, 2004.

_____
Daniel S. Sharp

2