UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-CV-11069-JLT

ABRAHAM PHILIP, MD )
 )
        Plaintiff, )
 )
vs. )
 )
JOHN CRONIN, in his personal )
capacity. )
 )
        Defendant. )
 )

**AFFIDAVIT IN SUPPORT OF
APPLICATION AND AFFIDAVIT FOR DEFAULT
<u>AGAINST DEFENDANT-JOHN CRONIN</u>**

1.    The Complaint in this case was served on Defendant-Cronin on June 14, 2004.

2.    As of July 13, 2004, Defendant-Cronin has failed to "plead or otherwise defend" (<u>See</u>, F.R.Civ.P. 55(a)) within twenty days of service of the original Complaint.

3.    Although an Amended Complaint was filed after June 5th (the 20th day after the original service), the Amended Complaint did not relieve Defendant-Cronin of his default for failing to answer the original Complaint.

4.    The statements in this affidavit are made on the

1

basis of personal knowledge, and are made under the pains and penalties of perjury.


July 13, 2004

_____
Daniel S. Sharp
Attorney for Plaintiff


## CERTIFICATE OF SERVICE

Daniel S. Sharp certifies that a true copy of the document above was served upon the attorney of record for each other party by first-class, U.S. Mail, plainly addressed and pre-paid on July 13, 2004.

_____

2