UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-CV-11069-JLT

2004 AUG 16 P 3: 08

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| ABRAHAM PHILIP, MD<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN CRONIN, in his personal<br>capacity.<br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

APPLICATION AND AFFIDAVIT FOR DEFAULT JUDGMENT
AS TO LIABILITY
AGAINST DEFENDANT-JOHN CRONIN

APPLICATION

Pursuant to F.R.Civ.P. 55(b), the plaintiff requests the clerk to enter a judgment by default against Defendant-John Cronin as to all claims and counts in the Complaint against Defendant-Cronin for failure to plead or otherwise defend against the Complaint filed in this action.

Respectfully Submitted,

August 12, 2004

WHITFIELD SHARP & SHARP
Daniel S. Sharp
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

Daniel S. Sharp certifies that a true copy of the document above was served upon the attorney of record for each other party by first-class, U.S. Mail, plainly addressed and pre-paid on August 13, 2004.

_____
Daniel S. Sharp