UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Abraham Philip, MD**<br>    **Plaintiff**<br><br>            **V.**<br><br>**John Cronin**<br>    **Defendant** | CIVIL ACTION<br><br>NO. 04-cv-11069 JLT |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __Abraham Philip, MD__ for an order of Default for failure of the Defendant, __John Cronin__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __17th__ day of __August.__

                                TONY ANASTAS
                                CLERK OF COURT


                        By:    /s/   Kimberly M. Abaid
                                Deputy Clerk

**Notice mailed to:**
**All counsel of record**

(Default Notice.wpd - 2/2000)                                                                      [ntcdflt.]