UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABRAHAM PHILIP, MD,<br>       Plaintiff,<br><br>vs.<br><br>JOHN CRONIN, in his personal capacity,<br>       Defendant. | CIVIL ACTION: 04-CV-11069-JLT |

**ASSENTED TO MOTION TO REMOVE ENTRY OF DEFAULT**

In accordance with F.R. C.iv. P. 55(c), the defendant John Cronin requests that the default entered against him be set aside. He states that good cause exists for the removal of the entry of default here: on the very day of the entry he filed an answer to the complaint in this action. Further, the defendant states that he has a good defense to this complaint, and requests the opportunity to assert it.

Respectfully Submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Mary O'Neil
Mary O'Neil, BBO #379430
Assistant Attorney General
200 Portland Street
Boston, MA. 02114
(617) 727-2200 x3331

Dated: August 24, 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ABRAHAM PHILIP, MD,** )<br>        Plaintiff, )<br> )<br>vs. )<br> )<br>**JOHN CRONIN, in his personal capacity,** )<br>        Defendant. ) | CIVIL ACTION: 04-CV-11069-JLT |

**LOCAL RULE 7.1 CERTIFICATE**

    I, Mary O'Neil, counsel for the defendant John Cronin, state that on Thursday, August 19th, 2004 I conferred with plaintiff's counsel, Daniel Sharp, regarding assenting to a motion to remove the default entry. He kindly agreed to assent.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL


        __/s/ Mary O'Neil_____
Dated: August 24, 2004        Mary O'Neil, BBO #379430
        Assistant Attorney General
        200 Portland Street
        Boston, MA. 02114
        (617) 727-2200 x3331

**CERTIFICATE OF SERVICE**

I, Mary O'Neil, certify that a true copy of the documents above were served upon plaintiff's counsel by electronic filing and first class mail, pre-paid on August 24, 2004.

        /s/ Mary O'Neil_____
        Mary O'Neil