UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABRAHAM PHILIP, M.D., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-11069-JLT |
| | * | |
| | * | |
| JOHN CRONIN, in his personal capacity, | * | |
| | * | |
| Defendant. | * | |

ORDER

November 2, 2004

TAURO, J.

After a conference on November 2, 2004, this court hereby orders that:

1. The Parties shall fully comply with this court's Rule 26 Discovery Order [#14] by November 25, 2004;

2. Plaintiff may depose John Cronin, Peter Burke, Melissa Christie, Timothy Manning, Joseph Bryson, and Mildred Anglin;

3. Defendant may depose Abraham Philip, M.D.;

4. The Parties shall complete discovery by March 31, 2005;

5. No additional discovery will be permitted without leave of this court; and

6. A Further Conference is scheduled for April 11, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge