UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ABRAHAM PHILIP, M.D. | ) |
|     Plaintiff, | ) |
| v. | ) |
| JOHN CRONIN, | ) |
|     Defendant. | ) |

## NOTICE OF APPEARANCE

To The Clerk Of The Above-Named Court:

Please notice my appearance as counsel for the defendant, John Cronin in the above-entitled action.

Respectfully Submitted,
COMMONWEALTH OF MASSACHUSETTS

By its Attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

Jean M. Kelley, BBO #265540
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108-1598
(617) 727-2200 ext. 3327
jean.kelley@ago.state.ma.us

April 22, 2005