UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABRAHAM PHILIP, M.D._____Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| JOHN CRONIN,_____Defendant. | )<br>)<br>)<br>) |

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1 IN SUPPORT OF MOTION OF DEFENDANT JOHN CRONIN TO EXTEND DISCOVERY PERIOD (UNOPPOSED)**

Now comes the undersigned, having been duly sworn, and certifies as follows:

I have served a copy of the Motion to Extend the Discovery Period, by facsimile, upon counsel for the Plaintiff, Dan S. Sharp, and have spoken with him regarding the Motion. He has advised me that he will not oppose the Motion.

Respectfully Submitted,
COMMONWEALTH OF MASSACHUSETTS

By its Attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Jean M. Kelley, BBO #265540
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108-1598
(617) 727-2200 ext. 3327
jean.kelley@ago.state.ma.us

April 22, 2005