UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-CV-11069-JLT

|  |  |
|---|---|
| ABRAHAM PHILIP, MD | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOHN CRONIN, in his personal capacity. | ) |
| Defendant. | ) |

PLAINTIFF'S LOCAL RULE 7.1 STATEMENT
REGARDING MOTION FOR PARTIAL SUMMARY
JUDGMENT ON ISSUE OF "SPEECH
OF PUBLIC CONCERN"

Pursuant to Local Rule 7.1, plaintiff's counsel asked defendant's counsel whether the defendant would drop the "*not* speech of public concern" defense. The defendant declined to do so. This took place at the Suffolk Superior Court on May 4, 2005.

A previous query to predecessor counsel for the defendant yielded the same results. In neither conference was the "speech of public concern" issue narrowed or resolved.

On these grounds, the plaintiff submits that he has complied with Local Rule 7.1(A)(2) in the filing of the Plaintiff's Motion for Partial Summary Judgment.

        Respectfully Submitted,

_____
Daniel S. Sharp
Attorney for Plaintiff
(BBO 565524)
196 Atlantic Avenue
Marblehead, MA  01945
781-639-1862

## Certificate of Service

Daniel S. Sharp certifies that a copy of the document above was served by U.S. Mail, first class, with postage affixed, on counsel for all opposing parties on Thursday, June 09, 2005 to:

Attorney Jean M. Kelly
Assistant Attorney General
One Ashburton Place
Boston, MA  02108-1598

        _____