UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ABRAHAM PHILIP, M.D. )
       Plaintiff, )
 )
v. )      04cv 11069
 )
JOHN CRONIN, )
       Defendant. )
 )

## MOTION OF DEFENDANT JOHN CRONIN TO STAY PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Now comes the Defendant John Cronin and moves to stay the motion styled as Plaintiff's Motion for Partial Summary Judgment, filed with this Court on June 9, 2005; and further moves that the time for filing any response to Plaintiff's motion and supporting documents be extended until August 19, 2005.

In support of this motion, Defendant relies upon the Memorandum of Reasons filed herewith.

WHEREFORE Defendant respectfully requests that this Court stay the motion styled as Plaintiff's Motion for Partial Summary Judgment, filed with this Court on June 9, 2005; and further requests that this Court order that the time for filing any response to Plaintiff's motion

and supporting documents be extended until August 19, 2005.

                    Respectfully Submitted,
                    COMMONWEALTH OF MASSACHUSETTS

                    By its Attorneys,

                    THOMAS F. REILLY
                    ATTORNEY GENERAL

                    Jean M. Kelley, BBO #265540
                    Assistant Attorney General
                    Government Bureau/Trial Division
                    One Ashburton Place, Room 1813
                    Boston, MA 02108-1598
                    (617) 727-2200 ext. 3327
                    jean.kelley@ago.state.ma.us

June 14, 2005