UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ABRAHAM PHILIP, M.D. )
    Plaintiff, )
     )
v. )
     )    04cv11069
JOHN CRONIN, )
    Defendant. )

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1 IN SUPPORT OF MOTION OF DEFENDANT JOHN CRONIN TO STAY PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Now comes the undersigned, having been duly sworn, and certifies as follows:

On June 10, 2005, pursuant to Local Rule 7.1, and in an effort to narrow the issues in this matter, I spoke by telephone with Dan Sharp, counsel for the Plaintiff. I advised him that it was my intention to move to stay Plaintiff's Motion for Partial Summary Judgment until after discovery was completed and until August 19, 2005. Attorney Sharp advised that he would oppose such a motion.

        Respectfully Submitted,
        COMMONWEALTH OF MASSACHUSETTS
        By its Attorneys,
        THOMAS F. REILLY
        ATTORNEY GENERAL

        Jean M. Kelley, BBO #265540
        Assistant Attorney General
        Government Bureau/Trial Division
        One Ashburton Place, Room 1813
        Boston, MA 02108-1598
        (617) 727-2200 ext. 3327
        jean.kelley@ago.state.ma.us