UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABRAHAM PHILIP, M.D., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-11069-JLT |
| | * | |
| | * | |
| JOHN CRONIN, in his personal capacity, | * | |
| | * | |
| Defendant. | * | |

ORDER

June 28, 2005

TAURO, J.

This court hereby orders that:

1. <u>Motion of Defendant John Cronin to Stay Plaintiff's Motion for Partial Summary Judgment</u> [#29] is ALLOWED as follows:

    a. Consistent with this court's prior order that no further extensions will be granted, Defendant may further respond to Plaintiff's Motion for Partial Summary Judgment by August 12, 2005, fourteen (14) days after the close of discovery.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge