

*Commonwealth of Massachusetts*  **AGO-0024**
## OFFICE OF THE CHIEF MEDICAL EXAMINER
### HEADQUARTERS

Mitt Romney  
*Governor*

Kerry Healey  
*Lieutenant Governor*

Edward A. Flynn  
*Secretary of Public Safety*

Richard J. Evans, MD  
*Chief Medical Examiner*

720 Albany Street  
Boston, MA 02118

Tel: (617) 267-6767  
Tel: (800) 962-7877  
Fax: (617) 266-6763  
TTY: (617) 266-1472

# MEMORANDUM

To:    Dr. Abraham Philip, OCME Forensic Pathologist

From:  John Cronin, OCME Chief Administrative Officer

Cc:    Personnel File

Date:  February 25, 2004

Re:    Disciplinary Action

Please let this correspondence serve to notify you that as a result of your actions on Friday February 13, 2004 at approximately 12:30pm, you are suspended without pay for one day. Your suspension is to be served on Thursday March 4, 2004.

The events, as described by four witnesses, reveal that you abruptly accepted a death certificate for your signature while you were performing an autopsy on a homicide victim. You then, without comment, handed the document back to Ms. Deirdre Ward with "blood dripping from it". A copy of the soiled document is attached.

Your actions exposed a co-worker to a potentially hazardous situation without any explanation. The document was also rendered "destroyed" thereby causing embarrassment and inconvenience to this office, the funeral home that transported the document, the burial agent that signed the original for burial of the decedent back in January 2004, and the Natick Town Hall Clerk's office.

Please understand that your actions are very disturbing and are determined to be completely unacceptable.

Any future occurrence of unprofessional or unacceptable behavior will result in immediate termination of your contracted services pursuant to the Terms and Conditions of the contract you have endorsed with this office.