## Armistead, Lewis (BRI)

From:     Philip, Abraham (CME)

Sent:     Monday, March 01, 2004 8:53 AM

To:       Armistead, Lewis (BRI)

Cc:       Faherty, Jackie (CME)

Subject: RE: ▓▓▓▓▓▓▓▓▓ Autopsy

Lewis,

I finalized the report on ▓▓▓▓▓▓▓▓▓, a few corrections have to be made, which my secretary will do early this morning. My problem is I cannot find the original charts on this case, to check if everything else is okay. The last I heard the file was with Jackie Faherty, and she locked it in her office and has been away on Thursday and Friday.

There are some other very bizarre events going on in the office with weird accusations being levelled against me. So when you arrange with Jackie Faherty to hand over the file to me, please insist that a witness be present in the room to prevent weird charges of having urinated on the chart or farted while working on the chart being levelled against me by the head honcho who runs this agency.

Thanks.

Abraham

-----Original Message-----
From: Armistead, Lewis (BRI)
Sent: Sunday, February 29, 2004 2:37 PM
To: Philip, Abraham (CME)
Subject: ▓▓▓▓▓▓▓▓ Autopsy

Dr. Philip,

At the outset, please accept my apologies for misspelling your name on a fax cover sheet I just forwarded to you. I admit that my typing skills are not what they should be and I was making other adjustments and only caught the misspelling when I put the fax into the machine.

Friday morning, I argued the defendant's motion for preservation and production of a number of documents which are identified in the order that I faxed to you. I argued against the totality of the motion as I believed that it was overly broad and overly burdensome. Counsel argued that it seeks only a copy of the file that was created as a result of your examination. The judge put off the argument on production and issued the order which I have fazed over to you for preservation of whatever you have. I suspect that the defendant' counsel will have you served with it on Monday morning.

After you have a chance to review it, would you give me a call at 800-879-0110 or 508-997-0711? We can discuss whether there is a need to file an objection as is provided in the order. Sorry to resurrect this headache for you, but defense counsel is getting quite persistent. Thanks.

Lewis

3/1/2004

AGO-0691