### Faherty, Jackie (CME)

**From:** Philip, Abraham (CME)
**Sent:** Tuesday, March 02, 2004 4:45 PM
**To:** Faherty, Jackie (CME)
**Cc:** Armistead, Lewis (BRI)
**Subject:** RE: ███████████a

Faherty, Esq.
Note my fervent prayers to you in what I thought was plain english was to hand over the files in the presence of a witness, and arrange to have a witness present while completing the autopsy report and checking the file. I was down in the autopsy rooms and evaluating a brain when some one sneaked in and left the files on my chair. In order to avoid any contamination of the file, they have been left out on the table in the corridor, till a witness can be arranged.
Thanking you,
Abraham Philip

> -----Original Message-----
> **From:** Faherty, Jackie (CME)
> **Sent:** Tuesday, March 02, 2004 3:41 PM
> **To:** Philip, Abraham (CME)
> **Subject:** RE: ███████████
>
> Dr. Philip,
> I left the ███████ folder on your chair, including the orders from the court compelling us to preserve certain materials.
> Jackie
>
> > -----Original Message-----
> > **From:** Philip, Abraham (CME)
> > **Sent:** Friday, February 27, 2004 8:24 AM
> > **To:** Faherty, Jackie (CME)
> > **Subject:** RE: ███████████
> >
> > I am working on the draft and need the folder. The brain cutting is still pending. Please arrange the folder given to me. The folder should have the pictures, dictation tapes, autopsy notes etc. I have the first dictated draft print out, and my edited copy. If I get the folder today I might be able to complete the case.
> > Thanks.
> > Abraham
> >
> > > -----Original Message-----
> > > **From:** Faherty, Jackie (CME)
> > > **Sent:** Wednesday, February 25, 2004 6:26 PM
> > > **To:** Philip, Abraham (CME)
> > > **Subject:** ███████████
> > >
> > > Dr. Philip,
> > > I wanted to let you know that the court has issued an order requiring that any notes you may have relating to the death and autopsy of ███████████ be preserved. I have the file in my office if you have anything additional, please preserve it.
> > > Thanks,
> > > Jackie