Message                                                                              Page 1 of 1

**AGO-0693**

### Cronin, John (CME)

**From:** Philip, Abraham (CME)
**Sent:** Wednesday, March 03, 2004 8:52 AM
**To:** Armistead, Lewis (BRI)
**Subject:** ▮▮▮▮▮▮▮▮

Hi Lewis,

The charts on ▮▮▮▮▮▮▮▮▮ remained outside my office all night. In the interest of not brutalizing the memory of a poor little child, who never had a chance in his life I signed and the final version of the autopsy report, and handed the charts over to my secretary Donna. The administrators in the office will do the needful regarding getting additional sections, special stains, tapes, copies of pictures, draft versions of autopsy reports, autopsy protocol and diagrams. If the defense or the judge still needs me to appear and testify as to reasons for delay, I gladly will as long as it is not a 11 hour repeat adventure, though properly I think it should be Jackie Faherty who is asked to explain.

Abraham Philip