UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-CV-11069-JLT

_____
                                    )
ABRAHAM PHILIP, MD                  )
                                    )
Plaintiff,                          )
                                    )
vs.                                 )
                                    )
JOHN CRONIN, in his personal        )
capacity.                           )
                                    )
Defendant.                          )
_____)

JOINT MOTION FOR REVISED
SUMMARY JUDGMENT SCHEDULE

The parties move jointly that the summary judgment schedule for this case be modified as follows, for the reasons that follow.

1. A hearing on what are effectively cross-motions for summary judgment is now scheduled for November 9, 2005.

2. Plaintiff's counsel has long been scheduled to be out of state on that date. Defendants' counsel has a deposition scheduled for that date.

3. Given these and other scheduling problems, the parties jointly request that the summary judgment hearing now scheduled for November 9, 2005 be continued until the week of December 5, 2005.

4. The parties request that the plaintiff's brief in

1
1

opposition to the defendants' motion for summary judgment be due no later than November 14, 2005.

## RELIEF REQUESTED

WHEREFORE, the parties joint request that the court:

(1)   Schedule the hearing for the week of December 5, 2005; and

(2)   Order that the plaintiff's opposition be filed by November 14, 2005.

                    Respectfully Submitted,

                        /s/ Daniel S. Sharp
                    _____
                    Daniel S. Sharp (BBO 565524)
                    Attorney for
                    48 Locust Street
                    Marblehead, MA   01945
                    781-639-1862


                        /s/ Jean M. Kelley
                    _____
                    Jean M. Kelley (BBO 265540)
                    Assistant Attorney General
                    Office of the Attorney General
                    One Ashburton Place, Room 1813
                    Boston, MA   02108
                    617-727-2200 x 3327


## CERTIFICATE OF SERVICE

The undersigned certifies that he/she caused a true copy of the document above to served by first class mail, postage paid, on all counsel of record an and properly addressedd upon all parties

appearing *pro se* on October 7, 2005.

_____

appearing *pro se* on October 7, 2005.