

*Commonwealth of Massachusetts*
## OFFICE OF THE CHIEF MEDICAL EXAMINER
### HEADQUARTERS

AGO-0026

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary of Public Safety*

Richard J. Evans MD
*Chief Medical Examiner*

720 Albany Street
Boston, MA 02118

Tel: (617) 267-6767
Tel: (800) 962-7877
Fax: (617) 266-6763
TTY: (617) 266-1472

March 3, 2004

**BY CERTIFIED MAIL and OVERNIGHT MAIL DELIVERY**

Abraham Philip, MD
118 Hull Street
Beverly, MA 01915

RE:   Termination of Contract

Dear Dr. Philip:

On February 25, 2004, you were notified that any occurrence of unprofessional or unacceptable behavior would result in the immediate termination of your contracted services pursuant to the Terms and Conditions of the contract you endorsed with the Office of the Chief Medical Examiner. Due to continued instances of misconduct, your contract is hereby terminated for cause, effective immediately.

As you are aware, your contract required you to demonstrate high standards of conduct. Explicit in your duties was a requirement that you adhere to the highest ethical standards and serve as a role model for all other OCME employees. Your conduct on or about March 1st and 2nd, 2004, which included unprofessional and inappropriate communications with members of the OCME and a district attorney's office do not comport with this requirement and constitute a breach of your contract.

You are required to return all Office of the Chief Medical Examiner property that you may have including keys to the building, cell phones, and any computer equipment. Please arrange to return these items and retrieve your personal belongings with Denise Sarro, Human Resources Director. Ms. Sarro can be reached at (978) 835-0403.

Sincerely,

John Cronin
Chief Administrative Officer

c:   Richard Evans, MD, Chief Medical Examiner
     Elaine Whitfield Sharp, Esq. via facsimile



PLAINTIFF'S EXHIBIT 5