```
                    Volume: 1
                    Pages:  1 to 99
                    Exhibits:  See Index

     UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF MASSACHUSETTS
            C.A. No. 04-CV-11069-JLT
```

ABRAHAM PHILIP, M.D.,           )
            Plaintiff           )
                                )
                                )
                                )
    vs.                         )
                                )
                                )
JOHN CRONIN, in his personal    )
capacity,                       )
            Defendant           )

**DEPOSITION of JOHN CRONIN**, a witness called on behalf of the Plaintiff, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Judith R. Sidel, Professional Court Reporter and Notary Public, in and for the Commonwealth of Massachusetts, at the Office of the Chief Medical Examiner, 720 Albany Street, Boston, Massachusetts 02118, on Wednesday, June 22, 2005, commencing at 10:10 a.m.

APPEARANCES: (Continued on page 2)

* * * *
SIDEL COURT REPORTING SERVICES
Certified Shorthand Reporters
35 Tudor Road
Needham, Massachusetts 02492
(781) 449-2351

PLAINTIFF'S EXHIBIT 6

1  Q.  Just talking about face-to-face meetings
2      right now, do you remember how many
3      there were relating to terminating
4      Dr. Philip?
5  A.  I believe there was one meeting, sir.
6  Q.  And who do you recall was in that
7      meeting?
8  A.  The chief of staff for the executive
9      office of public safety, the
10     undersecretary to which this agency
11     reported, the human resources directors
12     for the CME, and the executive office
13     of public safety. Dr. Richard Evans, I
14     believe, was there, the general counsel
15     for our agent.
16 Q.  That's Miss Faherty?
17 A.  That's right. I believe that's it, sir,
18     that I recall.
19 Q.  During that meeting was there any
20     discussion of any letters that Dr. Philip
21     had sent to Governor Romney?
22 A.  Yes, sir.
23 Q.  What was that discussion?
24 A.  As I recall, folks were notified that


| | |
|---|---|
| 1 | correspondence had been sent both to |
| 2 | our agency as well as apparently mailed |
| 3 | to Governor Romney. There was some |
| 4 | discussion as to what the content was |
| 5 | of those two letters. But other than |
| 6 | that, it was just general information. |
| 7 Q. | Did anyone discuss whether there might |
| 8 | be some first amendment issues if Dr. |
| 9 | Philip was terminated after sending |
| 10 | those letters to Governor Romney? |
| 11 | MS. KELLEY: Objection to form, |
| 12 | but you may answer.. |
| 13 A. | No, sir. |
| 14 Q. | So, no one among the people that you have |
| 15 | named, or the positions that you have |
| 16 | named expressed any first amendment |
| 17 | concerns? |
| 18 | MS. KELLEY: Objection to |
| 19 | form. You may answer.. |
| 20 A. | No, sir. |
| 21 Q. | In your view, what were the reasons for |
| 22 | the termination of Dr. Philip's contract? |
| 23 A. | Dr. Philip's contract, I believe, had |
| 24 | mentioned in the job duties that he was |

```
 1        located in the administrative pool of
 2        our office.  I can't recall actually the
 3        exact time when it was handed to me, but
 4        it was certainly within a day of receipt,
 5        I assure you of that.
 6   Q.   Now, were either of these letters
 7        discussed at all during your
 8        collaboration on the letter of
 9        termination to be sent to Dr. Philip?
10   A.   Yes, sir.
11   Q.   Do you recall which of those letters
12        was discussed during your collaboration
13        about the termination letter to be sent
14        to
15        Dr. Philip?
16   A.   As I mentioned earlier in my testimony,
17        the meeting held with members of the
18        executive office and medical examiner
19        staff discussed that these particular
20        pieces of correspondence had been
21        received by our office.  The essence of
22        our discussion was simply, one, first
23        on the matter of Exhibit 5 and 6 that
24        what appear to be Dr. Philip's detailed
```