# TRANSCRIPT

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, SS.
SUPERIOR COURT
CIVIL ACTION NUMBER: SUCV-2004-02264

ABRAHAM PHILIP, M.D.,
    Plaintiff,
VS
DR. RICHARD EVANS, M.D., IN HIS OFFICIAL CAPACITY AND
PERSONAL CAPACITY, ET AL.
    Defendants.
~~~~~~~~~~~~~~~~

UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS
CIVIL ACTION NUMBER: 04-CV-11069-JLT

ABRAHAM PHILIP, M.D.,
    Plaintiff,
VS
JOHN CRONIN, IN HIS PERSONAL CAPACITY,
    Defendant.
~~~~~~~~~~~~~~~~

    DEPOSITION OF ABRAHAM PHILIP, M.D., taken on behalf of the Defendants pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure and Federal Rules of Civil Procedure, before Susan A. Romano, Notary Public, Registered Merit Reporter and Certified Realtime Reporter within and for the Commonwealth of Massachusetts, at the Offices of Attorney General's Office, 200 Portland Street, Boston, Massachusetts on July 21, 2005 at 10:11 a.m., as follows:



Jack Daniel
Court Reporting & Video Services inc

Technologies you can Use • Experience you can Trust
141 Portland Street, Suite 200, Boston, MA 02114
Phone: 617.557.0039 • Toll Free: 1.888.922.JACK • Fax: 617.557.0040
www.jackdanielreporting.com

PLAINTIFF'S EXHIBIT 7

242

```
 1      A.  I don't know.
 2      Q.  As far as you know, did anyone wear
 3  suspenders and a bow tie or a scarf?
 4      A.  I don't know.  I was not there to
 5  check.
 6      Q.  Did you ever hear from anybody that
 7  that happened?
 8      A.  No, I didn't.
 9              MS. KELLEY:  Can we take a
10  short break?
11              (Recess taken).
12      BY MS. KELLEY:
13      Q.  Doctor, are you making a claim in
14  this case that you've suffered some sort
15  of physical harm as a result of the
16  conduct of the Commonwealth or the Medical
17  Examiner's Office?
18      A.  Yes, I am.
19      Q.  And what -- Can you describe the
20  nature of the physical harm you say you're
21  suffering from?
22      A.  I suffered from symptoms of
23  anxiety, and for some time I had raising
24  of pulse and shortness of breath.
```



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN
617.557.0039                      www.jackdanielreporting.com                     FAX 617.557.0040
                                  888.922.JACK

PLAINTIFF'S EXHIBIT 7