UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABRAHAM PHILIP, M.D.,     *
                *
    Plaintiff,     *
                *
                *
  v.          *   Civil Action No. 04-11069-JLT
                *
                *
JOHN CRONIN, in his personal capacity, *
                *
    Defendant.    *

ORDER

November 9, 2005

TAURO, J.

   After a Hearing held on November 9, 2005, this Court hereby orders that:

   1.  Plaintiff's Motion for Partial Summary Judgment on Issue of "Speech of Public

      Concern" [#24] is DENIED WITHOUT PREJUDICE to raising the issue at trial;

   2.  Defendant's Motion for Summary Judgment [#37] is DENIED WITHOUT

      PREJUDICE to raising the issues at trial;

   3.  All interrogatories are hereby expunged; and

   4.  Trial will begin on March 13, 2006.

   IT IS SO ORDERED.

                /s/ Joseph L. Tauro
                United States District Judge