UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-CV-11069-JLT

_____
                                        )
ABRAHAM PHILIP, M.D.                    )
            Plaintiff,                  )
                                        )
v.                                      )
                                        )
JOHN CRONIN,                            )
            Defendant.                  )
_____)

**NOTICE OF APPEARANCE**

To The Clerk Of The Above-Named Court:

Please notice my appearance as counsel for the defendant, John Cronin in the above-entitled action.

Respectfully Submitted,
COMMONWEALTH OF MASSACHUSETTS

By its Attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL


s/ Brian M. Donovan_____
Brian M. Donovan BBO #650551
Assistant Attorney General
Trial Division/Government Bureau
One Ashburton Place, Room 1813
Boston MA 02108
(617) 727-2200 ext. 3325
Fax: 617-727-3118
brian.donovan@ago.state.ma.us


March 8, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 8, 2006.

s/ Brian M. Donovan
Brian M. Donovan
Assistant Attorney General
Government Bureau/Trial Division
brian.donovan@ago.state.ma.us