UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-CV-11069-JLT

| | |
|---|---|
| ABRAHAM PHILIP, M.D.<br>Plaintiff,<br><br>v.<br><br>JOHN CRONIN,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUPPLEMENTAL AFFIDAVIT OF KEVIN J. O'CONNOR

I, Kevin J. O'Connor, having been duly sworn, hereby state as follows:

1.) In connection with my testimony in the above matter, I am not being compensated for my testimony;

2.) My current Curriculum Vitae (attached) is true and accurate and contains references to all publications authored by me within the past 10 years;

3.) I have not testified as an expert at trial or at deposition within the past 4 years.

Signed under the pains and penalties of perjury this __2__ day of March, 2006.

_____
Kevin J. O'Connor

# Curriculum Vitae

Kevin J. O'Connor MS, PA, CPTC
251 Brookline Street
Needham, MA 02492

Work phone      617-244-8000
Home phone      781-449-3581
E-mail          kocon@neob.org

## Professional Experience:

### New England Organ Bank (NEOB), Newton, MA

1/89 to present:    Director, Donation Services

Responsible for day-to-day clinical and operational oversight of one of the largest organ and tissue procurement organization in the US, serving 11 million people and over 30 organ transplant programs at 12 academic medical centers located throughout the New England region. Responsibilities include management of staff members responsible for ICU patient management, donor evaluation, hospital development, consent, organ and tissue recovery surgery, and organ and tissue allocation. Also responsible for strategic planning, budgeting, and serving as key liaison with transplant surgeons, physicians, and transplant programs affiliated with New England Organ Bank. Represent NEOB on regional and national level by active participation in numerous committees and consortia. Active in research, protocol development, and writing.

10/86 to 12/88:     NEOB Assistant Technical Director
9/85 to 9/86:       NEOB Manager, Recovery Services
8/83 to 8/85:       NEOB Organ Procurement Specialist

### New England Medical Center, Boston, MA

8/81 - 8/83         Physician Assistant, Cardiothoracic Surgery

Responsible for pre-operative, intra-operative, and post-operative care of cardiac and thoracic surgical patients. Duties included post-op ICU patient management, surgical assisting including saphenous vein harvesting, emergency room coverage, intra-aortic balloon pump management, and medical student education. Also served as Instructor for Advanced Cardiac Life Support course.

## Education:

9/96 – 5/99         Boston College, Boston, MA
                    Master of Science, Administrative Studies

7/79 - 6/81:        Northeastern University, Boston, MA
                    Physician Assistant Program
                    Bachelor of Science, Health Science, Summa Cum Laude

1

| | |
|---|---|
| 8/73 - 5/75: | State University College at Buffalo, Buffalo, NY |
| 1/77 - 5/78: | Undergraduate studies; biology major |

**Certification:**

| | |
|---|---|
| 1982 | National Commission on Certification of Physician Assistants Certificate #820862 (not currently active) |
| 1990 | Certified Procurement Transplant Coordinator, Certificate #403, American Board of Transplant Coordinators |

Other Training

| | |
|---|---|
| 12/99 | Managing the Difficult Business Conversation [2 day program] Harvard Law School – Program on Negotiation |

**Committees:**

United Network for Organ Sharing (UNOS)

Kidney Allocation Review Subcommittee, member 2004 -present

Operations Committee; 2003 – present

Organ Procurement Organization Committee, Region 1 representative; 2000 – 2001

Organ Procurement Organization Committee, at large member; 2002 – 2003

Organ Procurement Organization Committee, at large member; 1998 – 1999

Ad Hoc Pediatric Advisory Committee; 2002 – 2003

Pediatric Donor Critical Pathway Workgroup; 2002

Technology User Advisory Committee (AOPO representative); 1998 – 1999

Information Technology Advisory Group; 2000 – 2003

Transportation Committee, Region 1 representative; 1986 - 1987

Ad Hoc Foreign Relations Committee, at large member; 1995 -1997

Association of Organ Procurement Organizations (AOPO)

Procurement Directors Council, Co-Chair; 1998 – 1999

2

Procurement Directors Council, Chair; 1999 – 2000

Procurement Directors Council, Region 1 representative; 1995 - present

Technical Assistance Program (TAP) Co-Chair 2003 – present

Medical Examiner Committee;1993 - 1995

Ad Hoc Special Projects Committee; 1992 - 1994

Ad Hoc Planning Committee; 1992 – 1993

Other

MedScape Transplantation Editorial Board Member; 1999 – 2001

TransMedics Scientific Advisory Board Member; 2000 – 2001

**Awards:**

2004 Distinguished Service Award - U.S. Department of Health and Human Services; Health Resources and Services Administration

2005 DHHS Medal of Honor - U.S. Department of Health and Human Services; Health Resources and Services Administration

2005 – AOPO/AIG Excellence in Leadership Award – AOPO 2005 Annual Meeting

**Grants:**

Increasing Organ Donation by Enhancing End of Life Care: A Family-Centered, Quality Improvement Program; Co-Investigator, HRSA Grant No. 1 H39 OT 00016; $960,000 (three years); awarded June 1999

The Impact of an Expedited Allocation System and Pulsatile Preservation upon the Transplantation of Kidneys from Expanded Criteria Donors; Co-Investigator, HRSA Grant No. 1 H39 OT 00123; $1,370,000 (three years); awarded September 2002

**Appointments:**

U.S. Department of Health and Human Services; Health Resources and Services Administration; Faculty Member Organ Donation Breakthrough Collaborative_ 2003 – 2005

U.S. Department of Health and Human Services; Health Resources and Services Administration; Co-Director Organ Transplantation Breakthrough Collaborative_ 2005 - present

3

**Selected Presentations (Invited):**

"Organ Donation as a Quality Marker" The 20th Annual Smithwick Trauma Symposium, Boston Medical Center, Boston, MA, November, 2005

"Challenges in Allocation of Expanded / Marginal Donor Organs" North American Transplant Coordinator's Organization Transplant Institute, Miami Beach, FL, January, 2005

"Overview of HRSA Organ Donation Breakthrough Collaborative"   American Transplant Congress, Boston, MA, May, 2004 Sunrise Symposium AOPO 2004

"The Use of Organs From Poisoned Donors" North American Transplant Coordinator's Organization Transplant Institute, Reno, NV, March 2004

"The New England Organ Bank Donor Management Experience, 1997 – 2003", Canadian Transplant Association, Medical Management to Optimize Donor Organ Potential Consensus Conference, Mont Tremblant, Quebec, February 2004

"The Use of Organs From Poisoned Donors" South-Eastern Organ Procurement Foundation, Expanded Criteria Donor Course, Orlando, FL, June, 2003

"Expedited (or Aggressive) Organ Placement" UNOS Region 2 Spring Meeting, Newark, NJ, May 2003

"Review of AOPO Survey on Pancreas Donation in the U.S." South-Eastern Organ Procurement Foundation, Tissue & Cell Technology Workshop, Atlanta, GA, March, 2003

**Selected Publications:**

J.L. Bernat, A.M. D'Alessandro, F.K. Port, T.P. Bleck, S.O. Heard, J. Medina, S.H. Rosenbaum, M.A. DeVita, R.S. Gaston, R.M. Merion, M.L. Barr, W.H. Marks, H. Nathan, K. O'Connor, D.L. Rudow, A.B. Leichtman, P. Schwab, N.L. Ascher, R.A. Metzger, V. Mc Bride, W. Graham, D. Wagner, J. Warren, F.L. Delmonico <u>Report of a National Conference on Donation after Cardiac Death</u> Amer J Transplantation 2006 6 (2) 281-291

Ojo A; Pietroski R; O'Connor K; McGowan J; Dickenson D <u>Quantifying Organ Donation Rates by Donation Service Area</u>. Amer J Transplantation 2005 (5) (part 2) 958-966

Shafer T; Schkade L; Evans R; O'Connor K; Reitsma W <u>Vital Role of Medical Examiners and Coroners in Organ Transplantation</u>. Amer J Transplantation 2004 (4) 160-168

S. Feng; J. Buell; W. Cherikh; M. Deng; D. Hanto; M. Kauffman; A. Leichtman; M. Lorber; R. Maters; M. McBride; R. Metzger; F. Nolte; K. O'Connor; D.Roth; N. Terrault; M. Henry <u>Organ donors with positive viral serology or malignancy: risk of disease transmission by transplantation</u> Transplantation 74(12): 1657-1663; Dec 2002

4

Hauptman PJ and O'Connor KJ: Medical Progress: Procurement and Allocation of Solid Organs for Transplantation. New England Journal of Medicine 336: 422-431 Feb 6, 1997.

O'Connor KJ and Delmonico FL; Donor Selection and Management; chapter in textbook Transplantation; edited by Leo C. Ginns, A. Benedict Cosimi, and Peter J. Morris, Blackwell Science, 1999

O'Connor KJ and Delmonico FL; Organ Donation and Transplantation from Poisoned Donors; Transplantation Reviews; Vol. 13, No. 1, January, 1999, pp. 52-54

Hauptman PJ, O'Connor KJ, Wolf RE, McNeil BJ; Angiography of potential cardiac donors. J Am Coll Cardiol (2001 Apr) 37(5):1252-8

Freeman RB, Rohrer RJ, Katz E, Lewis WD, Jenkins R, Cosimi AB, Delmonico FL, Freidman A, Lorber M, O'Connor KJ, Bradley J: Preliminary Results of A Liver Allocation Plan Using a Continuous Medical Severity Score That De-emphasizes Waiting Time; Liver Transplantation (2001 Mar) 7(3):173-8

Gandhi N, Goldman D, Kahan D, Supran S, Saloman R, Delmonico F, O'Connor K Rohrer R, Freeman R  Donor cytokine gene polymorphisms are associated with increased graft loss and dysfunction after transplant. Transplant Proc (2001 Feb-Mar) 33(1-2):827-8

Freeman RB, Giatras I, Falagas ME, Supran S, O'Connor KJ, Bradley J, Snydman DR, Delmonico FL; Outcome of transplantation of organs procured from bacteremic donors; Transplantation (1999 Oct 27) 68(8):1107-11

Luskin RS, Buckley CA, Bradley JW, O'Connor KJ, Delmonico FL; An Alternative Approach to Evaluating Organ Procurement Organization Performance; Transplant Proc (1999 Feb-Mar) 31(1-2):353-5

Shafer T, Schkade L, Warner H, et al: Impact of Medical Examiner / Coroner Practices on Organ Recovery in The United States. Journal of The American Medical Association, November 1994, Vol. 272, No. 20.

Bradley JW, McCabe JL, O'Connor KJ, and Cho SI: Multi-Organ Donors: A Limited Resource. Transplant Proceedings 20: 846, 1988.

O'Connor KJ, Bradley JW, Cho SI: Extreme Donor Age in Kidney Transplantation. Transplant Proceedings 20: 770, 1988. (also presented at International Transplantation Society Meeting in Barcelona, Spain; Dec. 1987)

O'Connor KJ: Organ Procurement. Physician Assistant Vol. 10, No 9, 1986

O'Connor KJ, Franklin C, Bradley JW, and Cho SI: The Effect of Increased Donor Age on Kidney Transplant Outcome. Transplant Proceedings 18: 480, 1986.