UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-CV-11069-JLT

_____
                                        )
ABRAHAM PHILIP, M.D.                    )
                Plaintiff,              )
                                        )
v.                                      )
                                        )
JOHN CRONIN,                            )
                Defendant.              )
_____)

**DEFENDANT'S SUPPLEMENT TO JOINT**
**PRE-TRIAL MEMORANDUM**

The Defendant, John Cronin, hereby supplements the Joint Pre-Trial Memorandum to

add to Defendant's Statement of Issues of Law the following:

**VI.    Defendant's Statement of Issues Of Law**

7.    As raised by Defendant in his Affirmative Defense # 2 to the Amended

Complaint, Defendant is entitled to immunity with respect to Plaintiff's First Amendment Claim.

A government employee is immune to damages where a reasonable official would believe, albeit

mistakenly, that his conduct did not violate the First Amendment.  Harlow v. Fitzgerald, 457

U.S. 800, 818-19, 102 S.Ct. 2727 (1982).  Immunity exists even when the right invoked by the

plaintiff is clearly established, "so long as the official could reasonably have believed 'on the

facts' that no violation existed."  Dirrane v. Brookline Police Dep't, 315 F.3d 65, 69 (1st Cir.

2002) (*citations omitted*).  In this case, Defendant carried out the instructions of higher officials

at the Executive Office of Public Safety to terminate Plaintiff's contract due to Plaintiff's

inappropriate professional behavior.

Respectfully Submitted,
JOHN CRONIN,

By his Attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL


s/ Brian M. Donovan
Jean M. Kelley, BBO #265540
Brian M. Donovan, BBO #650551
Assistant Attorneys General
Trial Division/Government Bureau
One Ashburton Place, Room 1813
Boston MA 02108
(617) 727-2200 ext. 3325
Fax: 617-727-3118
brian.donovan@ago.state.ma.us


March 10, 2006


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 10, 2006.


s/ Brian M. Donovan
Brian M. Donovan
Assistant Attorney General
Government Bureau/Trial Division
brian.donovan@ago.state.ma.us