# AG probes autopsy of infant

By John Ellement and Sean P. Murphy
GLOBE STAFF

The attorney general's office has launched a criminal investigation into the state medical examiner's office handling of an autopsy to determine whether the wrong set of eyeballs was sent to an outside medical expert for tests, law enforcement officials said.

The case involves the autopsy of a 3-month-old South Shore boy who died under unexplained circumstances last fall.

As investigators from the Norfolk district attorney's office reviewed the death for potential prosecution as a homicide, they discovered an apparent inconsistency in the reports from the medical examiner's office about whether the eyeballs, which can provide evidence of shaken baby syndrome, had been removed from the infant's body and tested for signs of trauma.

AUTOPSY, Page A16