UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-CV-11069-JLT

ABRAHAM PHILIP, MD )
)
Plaintiff, )
)
vs. )
)
JOHN CRONIN, in his personal capacity. )
)
Defendant. )

PLAINTIFF'S NOTIFICATION OF EXHIBIT

The exhibit attached to this document was inadvertently left out of the plaintiff's pre-trial disclosures. The exhibit has been in the defendant's possession since March 2, 2004. Attached to the exhibit was a memo that Dr. Philip wrote about "The Strange Case of Joshua *****."

The exhibit was originally disclosed by the Attorney General's Office. Please note that the exhibit is stamped AGO-0720. ("AGO" = Attorney General's Office.)

Inasmuch as the document originated from the AGO, and inasmuch as the defendant has

possessed this document for over two years, there is no unfair prejudice to the defendant in the plaintiff's use of this document as an exhibit.

                Respectfully Submitted,

                /s/ Daniel S. Sharp

                _____

                Daniel S. Sharp
                Elaine Whitfield Sharp
                Attorneys for Plaintiff
                (BBO 565524)
                196 Atlantic Avenue
                Marblehead, MA  01945
                781-639-1862

Certificate of Service

Daniel S. Sharp certifies that a copy of the document above was served by ECF on March 12, 2006 and in hand on counsel for all opposing parties on March 13, 2006 to:

Attorney Jean M. Kelly
Assistant Attorney General
One Ashburton Place
Boston, MA  02108-1598

                /s/ Daniel S. Sharp

                _____