Cronin, John (CME)

From: Philip, Abraham (CME)
Sent: Tuesday, March 02, 2004 2:57 PM
To: Evans, Richard (CME); Richmond, Joann (CME); Mednick, Loren (CME); Zane, William (CME); Sandler, Faryl (CME); Cannon, Marie (CME); Evangelista, Frank (CME); Cronin, John (CME); Faherty, Jackie (CME); Platt, Edith (CME); Ricottelli, Deb (CME); Aurigemma, Tracy (CME); Burke, Peter (CME)
Subject: The strange death of ▓▓▓▓▓▓▓▓▓▓

To all medical examiners and senior administrators. Please examine the attached document, and maybe we could all discuss.

Debie, please forward to NEOB.

Thanks.

Abraham Philip.
Abraham Philip

7/16/2004