```
 1        but you may answer.
 2   A.   The event that triggered Dr. Philip's
 3        termination resulted from an e-mail that
 4        he sent to a district attorney on a case
 5        he was working on.
 6   Q.   I'm asking a slightly different
 7        question.  At some point there was a
 8        collaboration that went on, and there was
 9        a mental -- ultimately you made the
10        decision that Dr. Philip had to go,
11        right?
12   A.   No, sir.
13   Q.   Ultimately Dr. Evans made the decision?
14   A.   That is correct.
15   Q.   But you had to carry out Dr. Evan's
16        decision, right?
17   A.   Precisely.
18   Q.   So, there was some mental process that
19        went on where you said to yourself
20        something like, okay, Dr. Philip has got
21        to go, and I've made my decision.  I
22        mean, you came to some point like that,
23        right?
24   A.   After collaboration -- may I answer?
```

PLAINTIFF'S EXHIBIT /

1  Q.  Sure.
2  A.  After collaboration with the
3      aforementioned oversight agencies and
4      professional staff of the ME's office,
5      the consensus of folks discussing the
6      circumstances of Dr. Philip's actions
7      were that the contract would be
8      terminated.  So, it involved a
9      collaboration and a discussion about
10     his actions.
11 Q.  And at some point you sent him a letter
12     saying that your contract is terminated,
13     right?  I mean it said more than that,
14     but the bottom line --
15 A.  Yes, sir, that's correct.
16 Q.  Do you consider that that sending of the
17     letter or the writing of the letter to
18     be the act that terminated the contract?
19          MS. KELLEY:  Well, objection.
20 Q.  Not the act --
21          MS. KELLEY:  Objection to
22     form.  It sounds like you're asking for
23     a legal conclusion.
24          MR. SHARP:  I'm not asking --

1    I'm not asking why the contract was
2    terminated. I'm just trying to pin
3    down, for sake of our discussion, when in
4    your mind was the contract terminated?
5         MS. KELLEY: Objection to form,
6    and objection to the extent it requests
7    a legal conclusion. You can answer if
8    you can answer.
9  A. Yes, sir, the delivery of the letter to
10    Dr. Philip terminating his contract, and
11    his services with me was the point in
12    time by which this agency severed our
13    relationship with Dr. Philip.
14 Q. When you signed that letter as opposed
15    to delivering the letter, when you signed
16    it, was that a termination of the
17    contract, in your view?
18         MS. KELLEY: Same objection,
19    and objection to legal conclusion.
20    You can answer if you can.
21 A. No. I considered his receipt and
22    knowledge of our decision to be that
23    event, sir.
24 Q. Were the collaborators, that you