UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-CV-11069-JLT

|  |  |
|---|---|
| ABRAHAM PHILIP, M.D.  Plaintiff, | ) ) ) ) |
| v. | ) ) |
| JOHN CRONIN,  Defendant. | ) ) ) ) |

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE
TESTIMONY OF PLAINTIFF'S PROPOSED WITNESSES**

The Defendant, John Cronin, hereby moves that his Court exclude the admission into evidence the testimony of the following individuals identified as Plaintiff's Witnesses in the Joint Pre-Trial Memo filed with the Court: Melissa Christie, Timothy Manning, Joseph Bryson, Alexander Chirkov, Gerald Feigen, Stanton Kessler and Mildred Anglin.

As grounds for this motion, defendant states that exclusion of these witnesses is warranted because none of these individuals have any personal knowledge as to the circumstances surrounding the termination of plaintiff. Federal Rule of Evidence 602 states, in pertinent part, that "[a] witness may not testify to a matter unless evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter." Indeed, FRE 602 requires a court to exclude testimony concerning matters the witness did not observe or had no opportunity to observe. U. S. v. Lyon, 567 F.2d 777, 783-84 (8th Cir. 1977) *cert. denied*, 435 U.S. 918, 98 S.Ct. 1476.

Plaintiff cannot demonstrate that these proposed witnesses have any personal knowledge relevant to plaintiff's termination. His proposal to call them as witnesses is apparently some sort

of attempt to have them testify as to various alleged, and unsubstantiated, prior "bad acts" on the part of the defendant. Such testimony would not be helpful to the finder of fact and should be excluded by the Court.

Accordingly, the Court should exclude admission into evidence the testimony of Melissa Christie, Timothy Manning, Joseph Bryson, Alexander Chirkov, Gerald Feigen, Stanton Kessler and Mildred Anglin.

> Respectfully Submitted,
> JOHN CRONIN,
>
> By his Attorneys,
>
> THOMAS F. REILLY
> ATTORNEY GENERAL
>
> s/ Brian M. Donovan
> Jean M. Kelley, BBO #265540
> Brian M. Donovan, BBO #650551
> Assistant Attorneys General
> Trial Division/Government Bureau
> One Ashburton Place, Room 1813
> Boston MA 02108
> (617) 727-2200 ext. 3325
> Fax: 617-727-3118
> brian.donovan@ago.state.ma.us

March 12, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 12, 2006.

> s/ Brian M. Donovan
> Brian M. Donovan
> Assistant Attorney General
> brian.donovan@ago.state.ma.us