```
 1              (Back on the record.)
 2   Q.   I've just given you, Mr. Cronin, a
 3        package of a number of documents that go
 4        from AGO0711 to AGO0715 -- from AG0710 to
 5        AG0715, right.  Are you familiar with any
 6        of these documents?
 7   A.   Yes, sir.
 8   Q.   Did the event or events that are
 9        described in Exhibit 1 play a role in
10        terminating Dr. Philip's employment?
11   A.   No, sir.
12   Q.   You had a meeting on March 3rd, 2004,
13        according to the document marked 0713?
14   A.   Yes, sir.
15   Q.   And who were all the people at that
16        meeting?
17             MS. KELLEY:  Off the record.
18              (Back on the record.)
19   A.   Myself, Jackie Faherty, human resources
20        director Denise Saro and the complainant.
21   Q.   Who is the complainant?
22             MS. KELLEY:  At this time we
23        are going to object to that, because
24        of security concerns specifically with
```