UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 04-CV-11069-JLT

|  |  |
|---|---|
| ABRAHAM PHILIP, MD | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOHN CRONIN, in his personal capacity. | ) |
| Defendant. | ) |

PLAINTIFF'S AMENDED POTENTIAL EXHIBITS

This list of potential exhibits is keyed to a binder of documents the plaintiff has provided to the defense. Page number is followed by a brief description of the potential exhibit.

This is a list of POTENTIAL exhibits. The plaintiff may object to introduction of one or more of these exhibits depending upon rulings on motions in limine.

0001        First Amendment

0002        March 1, 2004 "problems" letter from Dr. Philip to Governor Romney

0007        March 1, 2004 "organ procurement" or "Joshua" letter to Gov. Romney

0008        The Strange Death of Joshua Memo

0011        Termination Letter by John Cronin

| | |
|---|---|
| 0012 | John Cronin deposition excert |
| 0016 | OCME flow chart, January 2004 |
| 0017 | Newspaper articles concerning various problems at OCME |
| 0037 | September 8, 2003 memo from Mr. Cronin to OCMD staff *re* media |
| 0038 | Blood-stained death certificate |
| 0039 | OCME Daily Case Roster for 2/13/2004 |
| 0042 | E-mail chain among Dr. Philip, DA Armistead, Attorney Faherty |
| 0044 | E-mail from Dr. Philip to DA Armistead |
| 0045 | February 25, 2004 "one-day-off" letter from Mr. Cronin |
| 0046 | August 9, 2002 e-mail from Dr. Philip to Attorney Elaine Sharp |
| 0047 | Proposal for a Forensic Institute |
| 0055 | Memorandum from Dr. Evans and Dr. Philip to All Medical Examiners |
| 0058 | Memo from Dr. Philip to Mr. Cronin concerning Trooper Wesley Wanagel |
| 0060 | Draft proposal concerning "data management tools" from John Cronin and Dr. Philip |
| 0064 | Proposal to Perpetuate the Legacy of Lt. Edith Platt |
| 0067 | A Critique of the New Toxicology Forms (2/13/04) |
| 0072 | E-mail from Dr. Philip to John Cronin re 12 or 36 program |
| 0073 | January 14, 2004 E-mail from Dr. Philip to Mr. Cronin concerning 12 point program |
| 0075 | January 8, 2004 e-mail from Philip to Cronin concerning 12 point program |
| 0076 | Agenda for January 16, 2004 meeting with Mr. Cronin |
| 0078 | Agenda for January 30, 2004 meeting with Mr. Cronin |
| 0079 | "Reminder" e-mail to John Croning |

| | |
|---|---|
| 0080 | Agenda for July 12, 2001 meeting with Undersecretary Bolden |
| 0082 | Hand-written memo from Dr. Philip |
| 0083 | 2/29/2004 e-mail from Armistead to Philip |
| 0084 | Letter to Rachel from Dr. Philip of "missed" cases at OCME |
| 0087 | Death certificates related to questionable nursing home and hospital deaths of (mostly) elderly patients not investigated by OCME |
| 0103 | Documents from "elevated morphine" case not investigated by OCMD |
| 0110 | E-mails between Dr. Vallaro and Dr. Philip concerning case documented at page 0103 |
| 0112 | Documents pertaining to "Sandra J." case. High drug levels death not investigated by OCME |
| 0121 | Example of how toxicology studies are conducted in Syracuse, NY |
| 0122 | Drug panel used by New York City medical examiner office |
| 0123 | OCME drug test procedures |
| 0127 | Draft memo from Dr. Philip to Dr. Vallaro, John Cronin, and S. Habell |
| 0129 | Example of NYC toxicology laboratory report |
| 0131 | Example of Connecticut toxicology reports |
| 0132 | Fax cover sheet *re*: toxicology examples sent to Dr. Vallaro |
| 0137 | Examples of good toxicology reports and chain of custody from New Hampshire |
| 0147 | November 10, 2000 NAME letter and report to Dr. Evans |
| 0155 | September 19, 2002 Status of Forensic Services Report to Governor |
| 0175 | April 4, 2002 Needs Assessment of Forensic Services |
| 0191 | Death certificates and documents from questionable deaths not investigated by OCME |

| | |
|---|---|
| 0193 | Questionable death documents. Not investigated by OCME |
| 0200 | Questionable death documents. Not investigated by OCME |
| 0202 | Questionable death documents. Not investigated by OCME |
| 0204 | September 19, 2001 report to the Governor |
| 0245 | Same as above |
| 0281 | Final Report: Governor's Commission on Criminal Justice Innovation |
| 0380 | OCME policies and procedures |
| 0593 | 1/6/04 memo from Dr. Philip to Jay Fitzgerald |
| 0594 | E-mail chain and e-mail to Armistead (duplicate) |
| 0597 | Workload Distribution chart |
| 0598 | Redacted letter from Ropes & Gray cc'd to OCME |
| 0600 | 2/25/2004 "one day off" letter (duplicate) |
| 0601 | Termination letter (duplicate) |
| 0602 | Series of photographs of facilities at OCME |
| 0603 | March 2, 2004 e-mail from Dr. Philip to OCME staff |

Respectfully Submitted,

/s/ Daniel S. Sharp

_____

Daniel S. Sharp
Elaine Whitfield Sharp
Attorneys for Plaintiff
(BBO 565524)
196 Atlantic Avenue
Marblehead, MA  01945
781-639-1862

Certificate of Service

Daniel S. Sharp certifies that a copy of the document above was served by ECF on March 12, 2006 and in hand on counsel for all opposing parties on March 13, 2006 to:

Attorney Jean M. Kelly
Assistant Attorney General
One Ashburton Place
Boston, MA  02108-1598

/s/ Daniel S. Sharp
_____