UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

"FILED IN OPEN COURT"
3-13-06

CIVIL ACTION NO. 04-CV-11069-JLT

|  |  |
|---|---|
| ABRAHAM PHILIP, M.D.<br>Plaintiff,<br><br>v.<br><br>JOHN CRONIN, in his personal capacity<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION IN LIMINE OF DEFENDANT JOHN CRONIN REGARDING DOCUMENTS PREPARED BY PLAINTIFF RELATING TO MICHAEL WILLIAMSON AND JOHN WEIR

Now comes the Defendant John Cronin and requests that the Plaintiff not be permitted to introduce as exhibits two documents relating to cases involving Michael Williamson and John Weir. Those documents were case studies written by Plaintiff in 2002 and would be introduced for the truth of the events surrounding those cases; and are inadmissible hearsay.

*Denied without prejudice*
*Tauro DJ*
*3/13/06*

WHEREFORE, the Defendant John Cronin respectfully requests that this court order that the Plaintiff not be permitted to introduce as exhibits two documents relating to cases involving Michael Williamson and John Weir.

Respectfully Submitted,
DEFENDANT JOHN CRONIN,
By his Attorneys,
THOMAS F. REILLY
ATTORNEY GENERAL

/s/ J. Kelly

Jean M. Kelley, BBO #265540
Assistant Attorney General
Office of The Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 727-2200 x 3327
jean.kelley@ago.state.ma.us