PHILIP, M.D.      CASE NO. 04-CV-11069-JLT
v
CRONIN (A)

# Plaintiff's Witness List

| | |
|---|---|
| ABRAHAM PHILIP, M.D. | 3-4 HOURS |
| IVY (GEORGE) PHILIP, PhD | 2-3 " |
| ANN MARIE MIRES, PhD | 2 " |
| JOHN CRONIN | 3-4 HOURS |
| RICHARD EVANS, M.D. | 2-3 " |
| MARK FLOMENHAFT, M.D. | 1 " |

REBUTTAL WITNESSES

Respectfully submitted

Elaine Whitfield Sharp
Counsel for Plaintiff
WHITFIELD SHARP + SHARP
196 Atlantic Avenue
Marblehead, MA 01945
Tel: 781 639.1862
     781. ~~639~~. ~~1717~~
        333.4157

Dan Sharp: Co-Counsel