CASE NO: (CIVIL) ~~(CRIMINAL)~~ 04 - 11069

TITLE: Abraham Philip         VS  John Cronin

## J U R Y   P A N E L

(1. John Noonan            (9)          (7. David Puopolo       (1)

(2. Vito Aliberti          (11)         (8. Janis Morissette    (28)

(3. Melinda Eaton          (27)         (9.

(4. Michelle McCarthy      (26)         (10.

(5. Richard Langevin       (23)         (11.

(6. Carol Olson            (31)         (12.


Alternate # 1                          Alternate # 2


Alternate # 3                          Alternate # 4

(PLTFF) ~~(GOV'T)~~      W I T N E S S E S       DEFENDANT

1. John Cronin   3/13, 3/14        1.

2. Dr. Abraham Philip   3/14; 3/15; 3/16    2.

3. Ivy (George) Philip   3/16;     3.

4.                                 4.

5.                                 5.

6.                                 6.

7.                                 7.

8.                                 8.

9.                                 9.

10.                                10.

11.                                11.

12.                                12.

13.                                13.

14.                                14.