AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

Abraham Philip, MD    DISTRICT OF _____

v.

John Cronin

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04cv11069

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lauro | Sharp & Sharp | Kelly & Donovan |
| **TRIAL DATE(S)** 3/13/06 — | **COURT REPORTER** Carol L. Scott | **COURTROOM DEPUTY** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 3-13-06 | ✓ | ✓ | Flow Chart |
| 2 |  |  | ✓ | ✓ | Letter dated 3/3/04 |
| 3 |  |  | ✓ | ✓ | Letter to Gov. Romney 3/1/04 |
| 4 |  |  | ✓ | ✓ | Email from Dr. Philip |
| 5 |  |  | ✓ | ✓ | OCME Case Roster for 2/13/04 |
| 6 |  | 3-14-06 | ✓ | ✓ | Memo of 9/8/2003 re: Media |
|  | A |  | ✓ | ✓ | Contract form |
|  | B |  | ✓ | ✓ | 3 emails from Philip to Cronin |
|  | C |  | ✓ | ✓ | Agenda lists for January 2004 |
|  | D |  | ✓ | ✓ | Death Certificate |
|  | E |  | ✓ | ✓ | Emails from Dr. Philip to Dr. Armistead |
|  | F |  | ✓ | ✓ | Emails between Jackie Faherty & Dr. Philip |
|  | G |  | ✓ | ✓ | Letter re: termination of contract |
|  | H |  | ✓ | ✓ | Fax from Elaine Sharp to John Cronin 3/1/04 |
|  | I |  | ✓ | ✓ | Fax from E. Sharp to John Cronin 3-3-04 |
|  | J |  | ✓ | ✓ | NAME Report dated "/10/00 |
| 7 |  |  | ✓ | ✓ | Agenda for July 2001 |
| 8 |  |  | ✓ | ✓ | Memo to Richard Evans; complaint |
| 9 |  | 3-15-04 | ✓ | — | CV of dr. Philip |
| 10 |  | " " | ✓ | ✓ | PHOTOGRAPH |
| 11 |  | " " | ✓ | ✓ | " " |
| 12 |  | " " | ✓ | ✓ | PHOTOGRAPH |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _MASSACHUSETTS_

Philip v. Cronin

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-11069

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TAURO | SHARP + SHARP | KELLY, DONIVAN |
| TRIAL DATE(S) 3/13 to | COURT REPORTER CAROL SCOTT | COURTROOM DEPUTY LOVETT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 13 | | 3-15-06 | ✔ | ✔ | LETTER " " |
| 14 | | " | ✔ | ✔ | PHOTOGRAPH " " |
| 15 | | " " | ✔ | ✔ | " " " " |
| 16 | | " " | ✔ | ✔ | PHOTOGRAPH " " |
| 17 | | " " | ✔ | ✔ | " " " " |
| 18 | | " " | ✔ | ✔ | LETTER " " |
| 19-26 | | " " | ✔ | ✔ | VARIOUS DOCS: BILL RIGHTS; MA REPORT " " |
| 27 | | " " | ✔ | ✔ | PHOTOGRAPH " " |
| 28 | | " " | ✔ | ✔ | " " " " |
| 29 | | " " | ✔ | ✔ | PHOTOGRAPH " " |
| | K | " " | ✔ | ✔ | DEAR FRIENDS LETTER - " " |
| | L | " " | ✔ | ✔ | E-MAIL " " |
| | M | " " | ✔ | ✔ | E-MAIL " " |
| | N | " " | ✔ | ✔ | MEMO TO CRONIN " " |
| | O | 3-16-06 | ✔ | ✔ | LETTER FROM A. ~~CRONIN~~ PHILIP - " ~~ ~~ " |
| | P | ID | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.