UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABRAHAM PHILIP, MD
          Plaintiff

v.                               CIVIL ACTION NO. 04-11069-JLT

JOHN CRONIN,
          Defendant

**JUDGMENT IN A CIVIL CASE**

TAURO, JOSEPH                , D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED: JUDGMENT FOR THE DEFENDANT.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: APRIL 3, 2006.                 By  Zita Lovett,
                                          Deputy Clerk