UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


ABRAHAM PHILIP,

      Plaintiff,

v.                                    District Court No.
                                      **1:04-cv-11069-JLT**


JOHN CRONIN,

      Defendant.

---

DANIEL S. SHARP
ELAINE WHITFIELD SHARP
WHITFIELD SHARP & SHARP
Plaintiff-Appellant's Counsel
196 Atlantic Avenue
Marblehead, MA 01945
Tel: 781-639-1862
Fax: 781 333-4157
elainesharp@sharplaw.biz
dansharp@sharplaw.biz

---

JEAN M. KELLEY
Asst. Attorney General
COMMONWEALTH OF MASSACHUSETTS
DEPT. OF ATTORNEY GENERAL
One Ashburton Place
Boston, MA 02108-1598
Tel: 617-727.2200
Fax: 617.727.3076
Jean.kelly@ago.state.ma.us

---

### NOTICE OF APPEAL

    Plaintiff appeals the Judgment and Order granted in favor of Defendant against Plaintiff which was filed on April 3, 2006, in

1

**NOTICE OF APPEAL
FROM JUDGMENT AND ORDER**

the above-captioned case (Doc. 77), granting Defendant-Cronin's motion for a directed verdict (Doc.73) and memorandum in support (Doc.74).

Dated: April 17, 2006                    Respectfully Submitted

*Daniel S. Sharp*
Daniel S. Sharp
Elaine Whitfield Sharp
Attorneys for Appellants
WHITFIELD SHARP & SHARP
196 Atlantic Avenue
Marblehead, MA 01945
Tel: 781.639.1862
Fax: 781.333.4157

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent Notice of Electronic Filing to the following persons:

- **Brian M. Donovan** Attorney for Defendant
  brian.donovan@ago.state.ma.us
- **Jean M. Kelley** Attorney for Defendant
  jean.kelley@ago.state.ma.us
- **Mary E. O'Neil** Attorney for Defendant
  mary.o'neil@ago.state.ma.us
- **Daniel S. Sharp** Attorney for Plaintiff
  dansharp@sharplaw.biz
- **Elaine Whitfield Sharp** Attorney for Plaintiff
  elainesharp@sharplaw.biz

2

NOTICE OF APPEAL
FROM JUDGMENT AND ORDER