UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ABRAHAM PHILIP, M.D. | ) | |
| Plaintiff, | ) | |
|  | ) | 04-CV-11069-JLT |
| v. | ) | |
|  | ) | |
| JOHN CRONIN, | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**To The Clerk Of The Above Named Court:**

Please withdraw my appearance as counsel for the defendant, John Cronin in the above-entitled action.

                                                Respectfully Submitted,
                                                COMMONWEALTH OF MASSACHUSETTS

                                                By its Attorneys,

                                                THOMAS F. REILLY
                                                ATTORNEY GENERAL

                                                  /s/ Jean M. Kelley
                                                Jean M. Kelley, BBO #265540
                                                Assistant Attorney General
                                                Government Bureau/Trial Division
                                                One Ashburton Place, Room 1813
                                                Boston, MA 02108-1598
                                                (617) 727-2200 ext. 2549
                                                jean.kelley@ago.state.ma.us

Dated: May 16, 2006

Certificate of Service

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 16, 2006.

       /s/   Jean M. Kelley